



# MEMORANDUM OPINION

No. 04-10-00609-CR

**IN RE** Guadalupe E. **DIAZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebecca Simmons, Justice
               Steven C. Hilbig, Justice
               Marialyn Barnard, Justice

Delivered and Filed: September 15, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On August 23, 2010, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2008-CR-5043A, in the 175th Judicial District Court, Bexar County, Texas, the Honorable Mary Román presiding.